UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                   :

MYKAYLA FAGNANI, ON BEHALF OF     :
HERSELF AND ALL OTHER PERSONS     :
SIMILARLY SITUATED,                 :

                                   :              25-cv-9780 (VSB)

                        Plaintiffs,   :

                                   :                **ORDER**

              -against-         :

                                   :

UNITED PARCEL SERVICE, INC.,       :

                                   :

                      Defendant.   :

                                   :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated:  February 11, 2026
       New York, New York

                                   _Vernon Broderick_

                                   Vernon S. Broderick
                                   United States District Judge